IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ZETRO MANAGEMENT COMPANY LLC, § § | |
| Plaintiff, § § | |
| v. § § | CAUSE NO. EP-23-CV-254-KC |
| NATIONWIDE PROPERTY AND § CASUALTY INSURANCE COMPANY, § § | |
| Defendant. § § § | |

**ORDER**

On this day, the Court considered the case. On December 21, 2023, the parties informed the Court they had reached a settlement. Joint Notice Settlement, ECF No. 13. The Court accordingly ordered that "unless the parties submit final closing papers on or before January 22, 2024, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." Dec. 22, 2023, Order, ECF No. 14.

That deadline has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before February 22, 2024**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 23rd day of January, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE